**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                    CRIMINAL NO.21CR-20395

ROBERT BURRELL,

       Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW**

The matter has come before the court regarding the continued representation of Natasha Webster and Amanda Bashi as counsel for the Defendant. Upon review of the motion and brief, and for the reasons stated on the record on September 19, 2022 and September 20, 2022, the court has determined that there is sufficient reason for Ms. Webster and Ms Bashi to be allowed to withdraw as counsel for the Defendant. Therefore, the Motion to Withdraw [Dkt #37] filed on September 12, 2022 is **GRANTED**.

IT IS ORDERED that the Community Federal Defender's Office appoint Henry Scharg a member of the CJA panel to represent defendant Robert Burrell for these proceedings.

Counsel should be aware that the motion deadline has passed except for any necessary motion relative to the "newly discovered phone", a motion for which will be entertained by **September 28, 2022.** The pending motion in limine will be decided on the papers. Trial is scheduled for **October 6, 2022 at 9:00 a.m. In Port Huron, Michigan.**