**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 03/20/2023.

**Case Name:**   USA v. Robert Burrell
**Case Number:**   23-1261

**Docket Text:**
ORDER filed granting appellate counsel's motion to withdraw as counsel [6962470-2] filed by Mr. Henry M. Scharg..

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Robert Cortez Burrell
Theodore Levin United States Courthouse
231 W. Lafayette Boulevard
Detroit, MI 48226

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. John N. O'Brien II
Mr. Henry M. Scharg
Ms. Jihan Williams

Case No. 23-1261

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ROBERT CORTEZ BURRELL

       Defendant - Appellant

   Upon consideration of the motion of Henry M. Scharg to withdraw as counsel for the appellant,

   It is **ORDERED** that the motion be, and it hereby is **GRANTED**.  The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

                               **ENTERED PURSUANT TO RULE 45(a),**
                               **RULES OF THE SIXTH CIRCUIT**
                               Deborah S. Hunt, Clerk

 Issued:  March 20, 2023